# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01182-JLK

RICHARD SCOTT JACKSON,

    Plaintiff,

v.

RICHARD BESECKER, individually and
in his official capacity as Sheriff of Gunnison County, Colorado,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

    This Court, having reviewed the Unopposed Motion to Amend Scheduling Order filed April 14, 2016 (Doc. 28), and being apprised on its premises, hereby GRANTS the same.

1. The depositions of Travis Dooley, Mark Mykol, Clayton Curtis, and Mariah Green shall be held April 26, 27 and 28, 2016.

2. The deposition of Kathy Coleman shall be on a date to be determined by the parties but no later than May 16, 2016.

3. The deposition of David Baumgarten will commence reasonably soon after the Court rules on issues raised in Plaintiff's anticipated Motion to Compel disclosure of materials being withheld on grounds of attorney-client privilege.  Plaintiff shall have to and including April 22, 2016, in which to file the Motion to Compel.

    In the interim, discovery and dispositive motions deadlines currently in effect in this case shall be extended for 30 days or to May 16, 2016, and June 15, 2016, respectively.

Dated this 15th day of April, 2016.     BY THE COURT:

*/s/ John L. Kane*
John L. Kane
Senior U.S. District Court Judge