IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **15-cv-1182-JLK-KHR**

**RICHARD SCOTT JACKSON,**

     Plaintiff,

v.

**RICHARD BESECKER,** individually and in his official capacity as
Sheriff of Gunnison County, Colorado**;**
**GUNNISON COUNTY, COLORADO,** by and through its Board of County Commissioners**,**

     Defendants.
_____

## MINUTE ORDER SETTING PRETRIAL CONFERENCE

Judge John L. Kane **ORDERS**

     A Pretrial Conference in this matter is set for **Tuesday, December 19th, 2017, at 10:30 a.m. in Courtroom A802**, on the 8th Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Per my standing order regarding pretrial and trial procedures, *see* Memorandum to Counsel from Senior Judge John L. Kane Re: Pretrial and Trial Procedures[1], the parties are required to jointly prepare and submit *in editable format* a proposed Pretrial Order. Note that I also require the proposed Pretrial Order to be filed in .pdf form through the normal CM/ECF process.

     In addition, my pretrial procedures require the parties to jointly submit proposed jury instructions no later than 30 days after the Pretrial Conference. Instructions on the process and format for submitting proposed jury instructions are included in the above-referenced Memorandum.

  DATED:    November 13, 2017

---

[1] Available on the Court's website: http://www.cod.uscourts.gov Drop down menu Judicial Officers → Senior Article III Judges → Hon. John L. Kane → Pretrial and Trial Procedures Memorandum - Civil